**LAW OFFICES OF SUSAN G. KELLMAN**
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

July 21, 2026

VIA ECF and Email
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *United States v. Ernesto Plascencia*; 26 Cr. 190 (LDH)

Your Honor:

Further to counsel's letter of July 8, 2026, attached here for your Honor's convenience, I write to apprise the Court of Mr. Plascencia's status.

Mr. Plascencia was arrested on June 29, 2026, in the Central District of California ("CDCA"). Bond was set, on consent, and Mr. Plascencia was released and ordered to appear before your Honor on Friday, July 24, 2026. I have confirmed that no such appearance is scheduled in the EDNY. Accordingly, I consulted with the government lawyers in this case, and they agree, subject of course, to your Honor's approval, that the order directing Mr. Plascencia to appear before this Honorable Court on July 24, 2026, should be vacated. After conferring with Magistrate's Court, the government attorneys have set Mr. Plascencia's arraignment on the EDNY indictment for Wednesday, August 5, 2026, at 2pm. Thereafter, he will appear before your Honor at the status conference scheduled for Thursday, August 6, 2026.

In a separate letter, counsel will discuss the financial aspect of Mr. Plascencia's travel and lodging in the EDNY for these two appearances.

Your Honor's consideration of this matter is greatly appreciated.

Respectfully submitted,

*Susan Kellman*

Susan G. Kellman

Cc:   AUSA David Berman
        AUSA Benjamin Weintraub
        AUSA Kailin Farrell