UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------x
United States of America

- against -

26-CR-190 (LDH)(TAM)-5

Ernesto Plascencia

--------------------------------------------------x
TARYN A. MERKL, U.S.M.J.:

# CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE TARYN A. MERKL

United States Magistrate Judge Taryn A. Merkl has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Taryn A. Merkl. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Taryn A. Merkl.

Defendant

~~Acting~~ Assistant United States Attorney, E.D.N.Y.

Attorney for the Defendant

By: Joseph Nocella, Jr.
United States Attorney, E.D.N.Y

Dated: 11/9/2025

Taryn A. Merkl
Hon. Taryn A. Merkl, U.S.M.J.

COURT'S
EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT. # 26-cr-190(LDH)-5
DATE: 11-9-2026